IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CAROL ANN BODINE, Individually as
Wife of BRUCE ALBERT BODINE, deceased

    Plaintiff,

v.   :   CIVIL ACTION NO. WMN-01-CV74

NAKUL GOYAL, M.D., et al.

    Defendants.

*********************************************************************

CAROL ANN BODINE, Individually as
Wife of BRUCE ALBERT BODINE, deceased

    Plaintiff,

v.   :   CIVIL ACTION NO. WMN-00-1707

MONTGOMERY GENERAL HOSPITAL, et al.

    Defendants.

*********************************************************************

### ORDER

Upon consideration of the Consent Motion to Consolidate of the Parties filed in the above-captioned matters, and for good cause shown, it is this 30th day of January, 2001

ORDERED, that case number WMN-00-1707 is consolidated with case number WMN-01-CV74 and that henceforth all pleadings will bear the case number ~~WMN-01-CV74~~ WMN-00-1707, and it is further

ORDERED, that a new Scheduling Order will be set forth in case number WMN-01-CV74.



1/30/01
Date

_____
William M. Nickerson, Judge
United States District Court for the District
of Maryland

Copies to:  Robert R. Michael, Esquire
Shadoan and Michael, LLP
108 Park Avenue
Rockville, MD 20850

David A. Levin, Esquire
Daniel C. Costello, Esquire
Wharton, Levin, Ehrmantraut, Klein & Nash, P.A.
104 West Street, P.O. Box 551
Annapolis, MD 21404-0551

James P. Gleason, Jr., Esquire
Gleason, Flynn & Emig., Chtd.
451 Hungerford Drive, Suite 600
Rockville, Maryland 20850

H. Kenneth Armstrong, Esquire
Armstrong, Donohue, Ceppos & Vaughan
204 Monroe Street, Suite 101
Rockville, MD 20850



SHADOAN & MICHAEL, LLP
A Registered Limited Liability Partnership
ATTORNEYS AT LAW
108 Park Avenue
ROCKVILLE MD 20850
(301) 762-5150