IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| CAROL ANN BODINE | : |
| Plaintiff | : |
| v. | : Civil Action No. WMN 01 CV 74 |
| NAKUL GOYAL, M.D., et al. | : |
| Defendants | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT NAKUL GOYAL, M.D.

The parties hereto, by and through their respective undersigned counsel, hereby stipulate and agree to the dismissal with prejudice of all claims against Defendant, Nakul Goyal, M.D.

Respectfully submitted,

SHADOAN & MICHAEL, LLP

_____
Robert R. Michael
108 Park Avenue
Rockville, Maryland 20850
301/762-5150
Attorneys for Plaintiff

"APPROVED" THIS 21st DAY
OF March, 2002
_____
UNITED STATES DISTRICT JUDGE

ARMSTRONG, DONOHUE, CEPPOS &
VAUGHAN, CHARTERED

*Kenneth Armstrong* /s/
Kenneth Armstrong (Bar No. 01619)
204 Monroe Street, Suite 101
Rockville, Maryland 20850
(301) 251-0440
Attorneys for Defendant, Nakul Goyal, M.D.

WHARTON, LEVIN, EHRMANTRAUT,
KLEIN & NASH

*David A. Levin* /s/
David A. Levin (Bar No. 00496)
104 West Street, P.O. Box 551
Annapolis, Maryland 21404-0551
410/263-5900

GLEASON, FLYNN, EMIG & FOGLEMAN

*James P. Gleason* /s/
James P. Gleason, Jr.
451 Hungerford Drive, Suite 600
Rockville, Maryland 20850
301/417-0099

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2002, a copy of the foregoing Stipulation of Dismissal With Prejudice as to Defendant Nakul Goyal, M.D., was mailed, postage prepaid, via first class mail to:

Robert R. Michael, Esquire
SHADOAN AND MICHAEL, LLP
108 Park Avenue
Rockville, Maryland  20850

David A. Levin, Esquire
Daniel C. Costello, Esquire
WHARTON, LEVIN, EHRMANTRAUT,
    KLEIN & NASH
104 West Street, P.O. Box 551
Annapolis, Maryland  21404-0551

James P. Gleason, Jr., Esquire
GLEASON, FLYNN, EMIG &
    FOGLEMAN
451 Hungerford Drive, Suite 600
Rockville, Maryland  20850

Susan M. Campion